IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -3 PM 3:16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| RENITA MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2810 M1/P |
| | ) |
| SHELBY COUNTY GOVERNMENT, | ) |
| SHELBY COUNTY SHERIFF | ) |
| DEPARTMENT, and SHIRLEY MARCUM, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO MODIFY RULE 16(B) SCHEDULING ORDER AND CONTINUE TRIAL**

Before the Court is the Joint Motion to Modify Rule 16(b) Scheduling Order and Continue Trial, filed May 27, 2005. Good cause having been shown, the Court GRANTS the motion. The Court MODIFIES the Rule 16(b) Scheduling Order and RESETS the trial dates as follows:

- The amending pleadings/joining parties deadline shall be reset to July 31, 2005
- The discovery deadline shall be reset to August 31, 2005
- The dispositive motion deadline shall be reset to September 30, 2005
- The Jury trial in this matter is set to begin: Monday, December 5, 2005, at 9:30 a.m.
- A pretrial conference is set for Tuesday, November 29,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05

(34)

   2005, at 9:00 a.m.

- The pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on Tuesday, November 22, 2005.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 3 day of June, 2005.

      /s/ Jon P. McCalla
      JON P. McCALLA
      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02810 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT