IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -2 AM 8: 15
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RENITA MALONE | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2810 M1/P |
| SHELBY COUNTY GOVERNMENT, SHELBY COUNTY SHERIFF DEPARTMENT, and SHIRLEY MARCUM, | ) |
| | ) JURY DEMANDED |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO MODIFY RULE
16(B) SCHEDULING ORDER AND CONTINUE TRIAL
AND
ORDER RESETTING TRIAL DATES**

Before the Court is the parties' Joint Motion and Memorandum to Modify Rule 16(b) Scheduling Order and Continue Trial, filed October 31, 2005. Good cause having been shown, the Court GRANTS the motion. The Court hereby MODIFIES the Rule 16(b) Scheduling Order and RESETS the trial dates as follows:

- The discovery deadline shall be reset to December 1, 2005;
- The dispositive motion deadline shall be reset to January 1, 2006; and
- The jury trial in this matter is set to begin on Monday, March 20, 2006, at 9:30 a.m.
- A pretrial conference is set for Monday, March 13, 2006, at 8:45 a.m.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

(43)

- The pretrial order, proposed jury instructions, and voir dire questions are due by no later than 4:30 p.m. on <u>Monday, March 6, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this __1__ day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02810 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT