IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16 AM 8:37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN - MEMPHIS

| | |
|---|---|
| RENITA MALONE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 04-2810 Ml/P |
| SHELBY COUNTY GOVERNMENT, ) | |
| SHELBY COUNTY SHERIFF ) | |
| DEPARTMENT, and SHIRLEY ) | |
| MARCUM, ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DENYING JOINT MOTION TO STAY PROCEEDINGS AND ORDER REFERRING MOTION TO CONTINUE TRIAL

Before the Court is the Joint Motion and Memorandum to Stay Proceeding and Continue Trial, filed December 13, 2005. The parties' motion to continue the proceedings pending the Court's decision on the Motion to Enforce the Settlement Agreement is DENIED. The parties' motion to modify remaining discovery deadlines and reset the trial date is referred to the United States Magistrate Judge for determination.

So ORDERED this 15 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-02810 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT